IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESUS M. LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-00115 |
| ) | |
| BARBARA M. STRONG, *alias* BARBARA LOPEZ, ) | Judge Sharp |
| JANET SHEHATA, ) | |
| FIRST CALL INCORPORATED, ) | |
| SUN TRUST BANK, ) | |
| TENNESSEE FARMER MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court dismissed plaintiff Jesus M. Lopez's *pro se* complaint on February 13, 2013 under 28 U.S.C. § 1915(e)(2), on the basis that the complaint failed to state a claim under federal law for which relief could be granted and that the state-law claims were barred by the statute of limitations. (ECF No. 3.) Now before the court is the plaintiff's "Motion for Objecting to the Judges Final Order" (ECF No. 7), dated February 22, 2013, in which the plaintiff simply asks that the Court "note Plaintiff's objecting to the Dismissal of the Plaintiff's 1983 Action." (*Id.* at 1.) The plaintiff also gives notice that he "is preserving [sic] this error for review," and asks the Court to "recognize" that the plaintiff "is preparing a 59 and 60 B motion for reconsideration." (*Id.*)

The motion is hereby **GRANTED** insofar as the Court duly takes notice of the plaintiff's objection and intent to file a motion for reconsideration. However, the filing of the plaintiff's "Motion for Objecting" does not toll or affect the 28-day time limit for filing a motion under Rule 59(e) of the Federal Rules of Civil Procedure, which runs from the date judgment was entered (February 13, 2013), nor does it affect the deadline for filing a notice of appeal.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge